# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE CARLTON SMITH,** | Case No. LA CV 17-06019-VBF-E |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| (CC-1) SMITH,<br>DIAZ (Correctional Officer),<br>  and<br>DIXON (Correctional officer), | |
| Defendants. | |

Pursuant to this Court's Order dismissing the Second Amended Complaint and the Action with prejudice and without leave to amend, **final judgment is hereby entered in favor of all the defendants and against plaintiff Lawrence Carlton Smith**.

DATED: December 5, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE